UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                               )<br>                    Plaintiff,              )<br>                                                               )<br>          v.                                            )<br>                                                               )<br> BRIAN ELLIS NEAL,                        )<br>                                                               )<br>                    Defendant.           )<br> _____ ) | Case No. CR06-0418-RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 20, 2006. The United States was represented by Assistant United States Attorney Jim Lord, and the defendant by Ms. Carol Koller. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1). On or about February 6, 2006, defendant was sentenced by the Honorable William Fremming Nielsen, Senior United States District Judge for the Eastern District of Washington, to a term of eighteen (18) months in custody to be followed by two (2) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a treatment program for substance abuse, financial disclosure, mandatory drug testing, no possession of firearms or destructive devices, consent to search and seizure, abstinence from alcohol, and payment of a special

assessment at a rate of no less than 10% of defendant's income.

In a Petition for Warrant or Summons and a Violation Report and Request For Warrant, both dated November 16, 2006, U.S. Probation Officer Michael J. Larson asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to report to the probation office as instructed for drug testing on October 30, 2006, in violation of the special condition number 16.

(2) Using cocaine on or before November 6, 2006, in violation of standard condition number 7 and special condition number 16.

(3) Failing to reside in a residential re-entry center (RRC) program for up to 180 days by failing to abide by the rules and requirements of the facility, in violation of special condition number 17.

The defendant was advised of the allegations and advised of his rights. Defendant admitted to the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Ricardo S. Martinez on December 1, 2006, at 1:00 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 21st day of November, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable Ricardo S. Martinez
      AUSA:                   Mr. Jim Lord
      Defendant's attorney:   Ms. Carol Koller
      Probation officer:      Mr. Michael Larson

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2